448 A.2d 1166

Commonwealth v. Costanzo, Appellant.

Submitted April 5, 1982. Michael R. Muth, Public Defender, for appellant; James R. Marsh, District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and CIRILLO, JJ.

Judgment of sentence affirmed.

448 A.2d 1166

Commonwealth v. Cunrod, Appellant.

Submitted September 10, 1981. Henry C. Haefner, for appellant; Michael H. Ranck, District Attorney, for Commonwealth, appellee.

Before HESTER, McEWEN and CIRILLO, JJ.

Judgment of sentence affirmed.